Respondent. — Order affirmed, without costs. Opinion by Van Brunt, P. J.

Charlotte E Patten, Respondent, v. United Life and Accident Insurance Association, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J

Joseph McGuire, Respondent, v. John A. Hudson, Appellant. — Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Catherine Scott, as Administratrix, etc ,Respondent, v The Third Avenue Railroad Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J

Benjamin Lewis, Respondent, v. The Chronicle Company (Limited), Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P J

Albert Jean Tanziede, Plaintiff, v. Francois Henry Jumel and others, Defendants.—Motion for reargument denied, with ten dollars costs.

Thomas G. Frothingham and others, Appellants, v. Anthony I. G. Hodenpyl and others, Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Pauline Jacobs, Plaintiff, v. Lena Davis, Respondent, Abraham Greenberg and others, Appellants. — Order reversed and a new order of reference made to ascertain the amount of appellants' claim upon the surplus moneys; costs of this appeal to abide the final event. Opinion by Van Brunt, P. J.

Thomas H. Thorn and others, Respondents, v. James H. Sutherland and others, Appellants.— Judgment affirmed, with costs. Opinions by Ingraham, J , and Van Brunt, P. J.

David R. Paige and others, Appellants. v. The Mayor, etc., of the City of New York, Respondent.— Judgment affirmed, with costs. Opinion by Ingraham, J.

John R. Drake, Appellant, v. Herbert L. Satterlee, as Receiver, Respondent. — Judgment modified as directed by opinion, and as modified affirmed, without costs in this court, with leave to the plaintiff to withdraw the demurrer on payment of the costs in the court below. Opinion by Ingraham, J.

Henry G. Keasbey and others, Appellants, v. The Brooklyn Chemical Works and others. Respondents. — Order affirmed, with ten dollars costs and the disbursements. Opinion by Daniels, J

Thomas W. Reilly and others, Respondents, v. John R. Lee, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinions by Van Brunt, P. J., and Ingraham, J.

Mary A. Poole, Respondent, v Burton G. Winton and others, Appellants. — Judgment affirmed, with costs. Opinion by Ingraham, J

Louis Youngling and others, Respondents, v. John E. Brada, Appellant. — Motion denied, with ten dollars costs.

The People of the State of New York *ex rel.* Charles Putzel v. John Simonson and others.— Motion granted.

William H. Geary and others, Plaintiffs, v. Eliza A. Melvin and others, Defendants. — Upon payment of ten dollars costs of the previous motion to dismiss, and ten dollars costs of the present motion, this motion will be denied. (Mem.)

In the Matter of the Judicial Settlement of Account of Henry S. Myers, Administrator of Jacob Charles Myers, Deceased. — The delay in serving order upon previous motion was so great that this motion should be denied.

The Norfolk and New Brunswick Hosiery Company, Plaintiff, v. Anna M. Arnold, Defendant. — Motion granted, with ten dollars costs.

Neil McLeod Keating, Appellant, v. Adeline F. Keating, Respondent. — Motion denied.

George F. Hodgman, Plaintiff, v. Stephen T. Barker, Defendant. — Motion granted, with ten dollars costs.

Nathaniel Sleeman, Appellant, v. Lewis Hotchkiss and others, Respondents.— Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Catherine V. Murray, Appellant, v. Thomas E. Murray, Respondent. — Judgment affirmed. Opinion by Daniels, J.

Humphrey H. Leavitt and others, Respondents, v. John L. Dodge, Appellant. — Judgment and order reversed and a new trial ordered, with costs to the defendant to abide event. Opinion by Daniels, J.

In the Matter of the Application of John Loftus, etc. — Order reversed, with ten dollars costs and disbursements to abide the result, and a writ of alternative *mandamus* directed to be issued on behalf of the appellant to the commissioner of the department of street cleaning, requiring him to show why the applicant should not be restored to his position. Opinion by Daniels, J.

Sarah E. Mellen, Respondent, v. William C. Banning. Executor, and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Lambert, J.

Charles G. Cornell, Jr.. and others. Respondents, v. The United States Illuminating Company, Appellant. — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by Lambert, J.

Annie M. Bausch, Respondent, v. Charles D. Ingersoll, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of the Application of the Trustees of the Simonds Soap Company. — Order affirmed, with ten dollars costs and disbursements, but with leave to apply to the court for a modification of the injunction as stated in opinion. Opinion by Van Brunt, P. J.

**Decisions handed down Nov. 30, 1891.**

Benjamin P. Johnson, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Ingraham, J.

Herbert Booth King and others, Appellants, v. Alva E Davis, Respondent. — Judgment and order reversed and new trial ordered, with costs to plaintiff to abide event. Opinion by Daniels, J.

Charles Smith and others, Respondents, v. The Seattle, Lake Shore and Eastern Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Ingraham, J.

Edmund Fifz Gibbon, Appellant, v. Seymour G. Smith and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Barrett, J.

Mary G. Pinckney, Respondent, v. John B. Day, Appellant. — Judgment affirmed, with costs. Opinion by Barrett, J.

William L. Genin, Respondent, v Samuel K. Schwenk, Appellant. — Order affirmed, with costs. Opinion by Barrett, J.

James Moore, Appellant, v. Arthur D. Williams, Receiver, etc., Respondent. — Judgment reversed and judgment ordered for the plaintiff, with costs of the action and costs of this appeal to be settled, as to its terms, upon notice to the counsel for the receiver, and the appeal from the order dismissed. Opinion by Daniels, J.

William P. Walton, Plaintiff, v. Albert P. Stewart, Defendant. — Motion granted.

NOTE.— The balance of the opinions of the First Department, November Term, to be reported will be found in next volume (62 Hun).